IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DWIGHT LADON ALLEN, | : | CIVIL ACTION NO. |
| GDC ID # 1054462, | : | 1:16-CV-03167-TWT-JSA |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF GEORGIA, et al., | : | PRISONER CIVIL RIGHTS |
|     Defendants. | : | 42 U.S.C. § 1983 |

**MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION**

Plaintiff, currently confined at Phillips State Prison in Buford, Georgia, has submitted this *pro se* civil rights action, alleging that the Georgia public defender program is woefully inadequate and asking this Court to compel the State of Georgia to improve it. (Doc. 1). He seeks leave to proceed *in forma pauperis*. (Doc. 2).

A prisoner is prohibited from bringing a civil action in federal court *in forma pauperis* "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it . . . fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff has at least three such prior dismissals. *See Allen v. Gregory*, 2:09-cv-156 (S.D. Ga. Mar. 11, 2010) (dismissing Plaintiff's complaint for

failure to state a claim); *Allen v. Gregory*, 2:09-cv-146 (S.D. Ga. Feb. 8, 2010) (same); *Allen v. Hamilton*, 2:09-cv-035 (S.D. Ga. July 21, 2009) (same); *see also Allen v. Hart*, 5:12-cv-045 (S.D. Ga. Oct. 24, 2012) (dismissing Plaintiff's 42 U.S.C. § 1983 complaint under § 1915(g)). Plaintiff does not allege that he is in imminent danger of serious physical injury. (*See generally* Doc. 1).

Because Plaintiff may not proceed *in forma pauperis* in this civil action, he was required to pay the filing fees at the time he submitted his complaint. *See Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002) (noting that "after three meritless suits, a prisoner must pay the full filing fee at the time he *initiates* suit"). Plaintiff did not do so.

**IT IS THEREFORE RECOMMENDED** that this action be **DISMISSED without prejudice** under 28 U.S.C. § 1915(g).

The Clerk is **DIRECTED** to terminate the referral to the Magistrate Judge.

**SO RECOMMENDED** this 31st day of August, 2016.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)