IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DWIGHT LADON ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF GEORGIA, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:16-CV-3167-TWT |

**ORDER**

This is an pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action under 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 6 day of October, 2016.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge